IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BILL RANA<br>ERIC ARMES<br>JASON EVANS<br>HASANI JAMES<br>CODY BONANNO<br>PHILLIP BONANNO<br>DOMINIC QUARTURE<br>MARK STOCKHAUSEN<br>PATRICK RIZZO | Criminal No. 20-377<br>[UNDER SEAL]<br><br>FILED<br>DEC 01 2020<br>CLERK U.S. DISTRICT COURT<br>WEST. DIST. OF PENNSYLVANIA |

## MOTION FOR ARREST WARRANTS

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Rebecca L. Silinski, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that Arrest Warrants be issued for the apprehension of defendants BILL RANA, ERIC ARMES, JASON EVANS, HASANI JAMES, CODY BONANNO, PHILLIP BONANNO, DOMINIC QUARTURE, MARK STOCKHAUSEN, and PATRICK RIZZO, upon the grounds that an indictment has been returned in the above-captioned criminal case charging the defendants with violating Title 21, United States Code, Section 846; and Title 18, United States Code, Section 922(g)(1).

Recommended bond:

Detention as to defendants Rana, Armes, Evans, James, C. Bonanno, P. Bonanno and Rizzo.

$25,000 unsecured as to defendants Quarture and Stockhausen.

                                              Respectfully submitted,

                                              SCOTT W. BRADY
                                              United States Attorney

By:    *s/Rebecca L. Silinski*
        REBECCA L. SILINSKI
        Assistant U.S. Attorney
        PA ID No. 320774