# RECORD OF MAGISTRATE'S PROCEEDINGS

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE'S DOCKET # |
| vs | DATE OF COMPLAINT |
| BILL RANA | CRIMINAL DOCKET NUMBER: 2:20-cr-377-RJC-1 |
| | DATE OF INDICTMENT: 12/1/2020 |
| | STATUTE: 21:846 |

DATE ARRESTED: 12/8/2020

## INITIAL APPEARANCE

| Before Magistrate | [ ] LENIHAN | [X] EDDY | Date: 12/8/2020 | C.D. Index |
| --- | --- | --- | --- | --- |
| | [ ] MITCHELL | [ ] LANZILLO | Time: 10:35 a.m – 10:50 a.m. | Tape Index: |
| | [ ] KELLY | [ ] PESTO | | |

U. S. ATTORNEY   CHRISTOPHER COOK

1. RIGHTS EXPLAINED

2. COMPLAINT/INDICTMENT/INFORMATION:
   - [ ] Read
   - [X] Summarized
   - [ ] Reading waived
   - [ ] Defendant provided with a copy of the charges
   - [ ] Defendant to be provided with a copy of the charges as soon as possible

3. ACT & PENALTIES
   - [ ] Read
   - [X] Summarized
   - [ ] Reading waived

4. COUNSEL
   - [X] Defendant requested appointment
   - [ ] Defendant waived appointment
   - [X] Defendant represented by: Khasha Attaran (FPD)
   - [ ] Defendant expects to retain:
   - [X] Affidavit executed.
   - [ ] Not Qualified
   - [X] Qualified
   - [X] with possible requirement for partial or full payment
   - [ ] Federal Public Defender appointed
   - [ ] CJA Panel Attorney _____ appointed

5. BAIL
   - Recommended Bond:
   - Bond Set at:
   - [ ] By Consent
   - [ ] Additional Conditions Imposed: .
   - [ ] By Magistrate
   - [ ] Bond Posted
   - [X] Temporary Commitment issued
   - [ ] Final Commitment issued
   - Bond Review Hearing Set For:
   - Detention Hearing Set For: December 9th at 2:00 p.m. before Magistrate Judge Kelly

6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT
   - Arraignment: 12/9 @ 2pm   Before Magistrate Judge Kelly

ADDITIONAL COMMENTS: