# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 20-377 |
| | ) | |
| vs. | ) | Judge Robert J. Coleville |
| | ) | |
| BILL RANA | ) | |

## ORDER

**AND NOW,** to-wit, this 23rd day of January, 2021, upon consideration of Defendant's Motion for Extension of Time within which to File Pre-Trial Motions, **IT IS HEREBY ORDERED** that said Motion is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that the extension of time caused by this continuance (from January 23, 2021 to March 24, 2021) be deemed excludable delay under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), since, for the reasons stated in Defendant's Motion, the failure to grant such continuance would deny counsel for the Defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv).

**IT IS FURTHER ORDERED** that any Pre-Trial Motions referred to in Local Criminal Rule 12.1 are due on or before March 24, 2021.

_____
Robert J. Coleville
District Court Judge