IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 20-377 |
| | ) |
| BILL RANA | ) |

<u>ORDER</u>

AND NOW, this 16th day of October, 2023, upon due consideration of the United States' Motion to Dismiss Previously Filed 851 Information (Doc. No. 578), it is HEREBY ORDERED that said motion is GRANTED.

IT IS FURTHER ORDERED that the United States' previously filed 851 Information as to Bill Rana (Doc. No. 578) is hereby DISMISSED.

*s/Robert J. Colville*

HONORABLE ROBERT J. COLVILLE
United States District Judge